# EXHIBIT A

May 30, 2023

Honorable Reggie B. Walton
U.S. District Judge
U.S. District Court for the District of Columbia

Your Honor,

My name is Laura A. Reichelt.  I have known Vincent Ardolino for 10 years.  Professionally, he has been my electrician for all those years.  Originally I met him through his former employer, but he continued to be my electrician when he started his own company.   Personally, he has become a family friend.  He regularly attends many of our family/friend events at my home.

Vincent (Vince) is an honest person.  He has always had a key to my home since he began working for me in 2013 so he could do electrical work when I was not home.  He is one of the most even-tempered people I know.  Calm, kind, considerate and highly intelligent.  He loves animals and has a special bond with his "co-worker" and constant companion Roxie.  His beloved dog.  He is a talented electrician, but has been of such great service professionally in so many other areas.  He can fix anything.  He has rescued me electronically with my printers, computers, smart phones and smart televisions.  He's one of the smartest people I know.

Vince helped renovate my home over a 10 month period, by overseeing construction as well as being the electrician of record.   He takes a great amount of pride in his work.  He is always available by phone practically 24/7 to lend a hand if I can't figure things out electronically.   He has come out in the pouring rain when all my Christmas animals blew down and he has come over at 1am when my backyard fountains would not turn off and the lights on all my palm trees kept blinking making my neighbors very  upset.  Vince's take on life as I see it is that "he treats others the way he wants to be treated."

Vince is a dedicated son.  He has a strong bond with his mother, as well as his stepfather and stepbrother.  I know the events related to this letter have impacted Vince and his family dramatically.  He seems quieter.  Although we have polar opposite views about many things in our country, during the renovation of my home, we saw each other daily.  We always had spirited debates  and intelligent discussions about the state of our Union.  No longer.  He has lost his passion for those things.  He is to himself and I see a real change in him.  I know he was very embarrassed by the newspaper stories about him.   I believe that has caused him to become more introverted.

 People can be very judgmental and I know he has been deeply wounded by those judgments.  He is not a member of any group or organization.  He's just "Vince" who, I think, just got caught up in the fervor of the times.  If people knew the Vince I know, they would see that to be the truth.   In closing, let me say that Vincent Ardolino is someone I am proud to call my dear friend.  He is a good and decent man who is also a good son, a good person overall and a good and loyal American.

Sincerely,
*Laura A. Reichelt*
Laura A. Reichelt