UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VINCENT ARDOLINO,<br><br>        Defendant. | Criminal No. 1:22-cr-00406 (RBW) |

**MOTION TO WITHDRAW AS COUNSEL**

Deputy Federal Public Defender Caroline S. Platt, hereby respectfully moves this Honorable Court for an order to permit undersigned counsel to withdraw from further representation of defendant, Vincent Ardolino, and to appoint new counsel.

In support of the Motion, undersigned counsel states as follows:

1.    Mr. Ardolino made his initial appearance in this District by videoconference on December 8, 2022. The Office of the Federal Public Defender for the Central District of California was appointed as counsel of record. I entered a notice of appearance in this Court when I was assigned to represent Mr. Ardolino in connection with his appeal. *See* ECF No. 41.

2.    On May 18, 2023, Mr. Ardolino pled guilty to a violation of 40 U.S.C. § 5104(e)(2)(G) pursuant to a written plea agreement. *See* ECF Nos. 24, 26. On September 18, 2023, this Court sentenced Mr. Ardolino to 36 months of probation, a $3,600 fine, and $500 in restitution. *See* ECF No. 37. This Court also ordered Mr. Ardolino to participate in periodic re-entry progress hearings to monitor his performance while on probation. *See id*. at 4. Mr. Ardolino appeared for re-entry progress hearings on December 11, 2023 and January 11, 2024. The next re-entry progress review hearing is currently scheduled for April 16, 2024 at 3:00 p.m. EST via videoconference. *See* ECF No. 49.

3.    The Office of the Federal Public Defender for the Central District of California has determined that there is a conflict of interest pertaining to its representation of Mr. Ardolino.

1

Based on the advice of California State Bar Standing Committee on Professional Responsibility and Conduct, as set forth in Formal Opinion No. 2015-192, I am unable to reveal the precise nature of the conflict beyond that ethical considerations require withdrawal. As a result of the conflict, on March 26, 2024, Amy Karlin, Chief Deputy Federal Public Defender for the Central District of California, determined that this Office must move to withdraw from representing Mr. Ardolino.

4. On March 26, 2024, my co-counsel, Deputy Federal Public Defender Jaya Gupta, notified counsel for the government, Assistant United States Attorney Andrew Haag, of our office's plan to move to withdraw as counsel due to an ethical conflict. That same day, Mr. Haag informed DFPD Gupta that the government does not take a position.

5. Pursuant to Local Criminal Rule 44.5(d), I am simultaneously serving this Motion upon Mr. Ardolino on March 26, 2024.

WHEREFORE undersigned counsel respectfully requests that the Court grant the Motion to Withdraw As Counsel and appoint Mr. Ardolino new counsel. A proposed order is filed concurrently herewith.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 26, 2024        By  /s Caroline S. Platt
                                 Caroline S. Platt
                                 Deputy Federal Public Defender
                                 (DC Bar No. 489076)
                                 (California Bar No. 353326)
                                 321 East 2nd Street
                                 Los Angeles, California 90012
                                 (213) 894-2854
                                 caroline_platt@fd.org