UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 22-406 (RBW) |
| | ) |
| VINCENT ARDOLINO, | ) |
| | ) |
| Defendant. | ) |

### ORDER

In accordance with the oral rulings issued by the Court at the <u>ex parte</u> motion hearing held on April 5, 2024, via videoconference, it is hereby

**ORDERED** that defense counsel's Motions to Withdraw, ECF Nos. 50 & 51, are **GRANTED**.

**SO ORDERED** this 5th day of April, 2024.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge